No. 02–7080.  PAGE v. DEMORALES, WARDEN, 537 U. S. 1119; and

No. 02–8856.  KADYEBO v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., 538 U. S. 963.  Motions for leave to file petitions for rehearing denied.

AUGUST 5, 2003

No. 02–888.  HCA, INC., FKA COLUMBIA/HCA HEALTHCARE CORP. v. TENNESSEE LABORERS HEALTH AND WELFARE FUND ET AL.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.1.